IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**William D. Goren,**
**For himself and other**
**Similarly situated individuals,**

**Plaintiff,**

vs.                                            Civil No. 8:21-cv-01503-WFJ-AAS

**LawPracticeCLE, L.L.C.,**
**a Florida Limited Liability**
**Corporation,**

**Defendant.**

_____

### JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff, WILLIAM D. GOREN, an individual, and Defendant, LAWPRACTICECLE, L.L.C, a Florida limited liablity company, hereby move this Court for entry of the Consent Decree submitted with this Motion. The parties request that the Court sign and enter the attached Consent Decree as its final order and judgment in this case.

DATED: September 27, 2022

                                                Respectfully submitted,

John F. Waldo                                   Regine Etienne
Law Office of John F. Waldo                     EPGD Attorneys At Law, P.A.
2108 McDuffie Street                            777 SW 37th Ave., Ste 510

<table>
<tr><td>Houston, TX 77019<br>johnfwaldo@hotmail.com<br>T: 206-849-5009<br>*Attorney for Plaintiff*</td><td>Miami, Florida 33135<br>regine@edgdlaw.com<br>T: (786)-837-6787<br>F: (305)-718-0687<br>*Attorney for Defendant*</td></tr>
<tr><td>BY:   /s/ *John Waldo*<br>    John F. Waldo, Esq.<br>    Texas Bar No. 20679900</td><td>BY:   /s/ *Regine Etienne*<br>    Regine Etienne, Esq.<br>    Florida Bar No. 123537</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via First Class U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

**EPGD ATTORNEYS AT LAW, P.A.**
Attorneys for Defendant
777 SW 37th Ave. Ste. 510
Miami, FL 33135
T: (786) 837-6787
F: (305) 718-0687
Emails:  regine@epgdlaw.com
            Oscar@epgdlaw.com


By: /S/ Regine Etiene
   Regine Etienne, Esq.
   Florida Bar No.: 123537

## SERVICE LIST

John F. Waldo, Esq.
Law Office of John F. Waldo
2108 McDuffie Street
Houston, Texas 77019

Tel: (206) 849-5009
E: johnfwaldo@hotmail.com